UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. _____

| | |
|---|---|
| CITY OF CHARLOTTE, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>VECTOR MEDIA HOLDING CORP., )<br>)<br>    *Defendant*. )<br>) | **NOTICE OF REMOVAL** |

Defendant Vector Media Holding Corp. ("Vector Media"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby gives notice of the removal of this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, to the United States District Court for the Western District of North Carolina.

### Introduction

1. Plaintiff City of Charlotte (the "City") commenced this action against Vector Media by filing a Civil Summons and Complaint in the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, on April 5, 2023, titled *City of Charlotte v. Vector Media*, with Case Number 23-CVS-6007.

2. The City asserts two claims against Vector Media, both for breach of contract, seeking total damages exceeding $1.5 million.

3. As set forth below, removal of the action to this Court is proper in all respects.

## Removal is Timely

4. The City purports to have served Vector Media with the Summons and Complaint on April 6, 2023, by service on Vector Media's registered agent for service of process.

5. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days of Vector Media's receipt of the Summons and Complaint, which is the initial pleading setting forth the claim for relief upon which the action is based and is the first pleading from which Vector Media could have ascertained that the case is removable.

## Removal Is Proper Because This Court Has Original Jurisdiction Based On Diversity Of Citizenship

6. As the City alleges in its Complaint, the City is a North Carolina municipal corporation situated in Mecklenburg County, North Carolina. (Compl. ¶ 2).

7. As the City alleges in its Complaint, Vector Media is a Delaware corporation with a principal place of business in New York, New York. (Compl. ¶ 4). Vector Media is therefore a citizen of Delaware and New York, and not of North Carolina.

8. Further, based on the City's allegations in the Complaint, the amount in controversy far exceeds $75,000.00, exclusive of interest and costs. For its First Claim, the City seeks damages of "no less than $539,966.79." (Compl. ¶ 49). For its Second Claim, the City seeks additional damages of "no less than $980,737.29." (Compl. ¶ 57).

9. Accordingly, pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over the action because the parties are "citizens of different states," and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. 28 U.S.C. § 1441 provides in relevant part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed

by the defendant," (§ 1441(a)), including based on diversity of citizenship (§ 1441(b)). This action is therefore properly removable.

11. Vector Media has not previously removed this action and has sought no similar relief.[1]

## This Court Is The Proper Venue For Removal

12. The United States District Court for the Western District of North Carolina is the district court embracing the place where this action is pending in state court.

13. Thus, pursuant to 28 U.S.C. § 1441(a), this is the proper venue for removal.

## Vector Media Has Complied With Applicable Notice Requirements

14. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and documents served upon Vector Media in the state court are attached hereto collectively as Exhibit 1.

15. In addition, pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Vector Media will serve upon the City and file with the Mecklenburg County Clerk of Court a Notice of Filing of Notice of Removal in the form attached as Exhibit 2.

## Non-Waiver And Reservation Of Defenses

16. Nothing in this Notice of Removal should be interpreted as a waiver or relinquishment of any of Vector Media's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (a) lack of personal jurisdiction; (b) insufficiency of process; (c) insufficiency of service of process; (d) improper joinder of claims and/or parties;

---

[1] Vector Media reserves the right to supplement this Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal.

(e) failure to state a claim; (f) failure to join indispensable parties; or (g) any other pertinent defense available under Fed. R. Civ. P. 12, any state or federal statute, or otherwise.

**WHEREFORE**, Vector Media removes this action to the United States District Court for the Western District of North Carolina, and respectfully requests that the Court take jurisdiction of the action, and issue all necessary orders and process to preserve such jurisdiction and to effectuate the removal of this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County.

DATED: May 4, 2023.

/s/ A. Todd Capitano
A. Todd Capitano
N.C. State Bar No. 20804
Erin C. Huegel
N.C. State Bar No. 51895
**BISHOP, DULANEY, JOYNER & ABNER, P.A.**
4521 Sharon Road, Suite, 250
Charlotte, NC 28211
tcapitano@bdjalaw.com
ehuegel@bdjalaw.com
Telephone: 704-945-9850
Facsimile: 704-945-9851
*Attorneys for Defendant Vector Media*

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system and I hereby certify that I have emailed and mailed the document to counsel for plaintiff addressed as follows:

Ryan G. Rich
ryan.rich@charlottenc.gov
Joseph M. Brook
joseph.brook@charlottenc.gov
Office of the City Attorney
600 East 4th Street
Charlotte, NC 28202
*Attorneys for the City of Charlotte*


DATED:     May 4, 2023

/s/ A. Todd Capitano
A. Todd Capitano
N.C. State Bar No. 20804
Erin C. Huegel
N.C. State Bar No. 51895
**BISHOP, DULANEY JOYNER & ABNER, P.A.**
4521 Sharon Road, Suite, 250
Charlotte, NC 28211
tcapitano@bdjalaw.com
ehuegel@bdjalaw.com
Telephone: 704-945.9850
Facsimile: 704-945-9851
*Attorneys for Defendant Vector Media*