# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00266-RJC-SCR

| | |
|---|---|
| **CITY OF CHARLOTTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **VECTOR MEDIA HOLDING CORP.,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Brian A. Katz and Joseph Weiner]" (Doc. No. 4 and 5) filed May 16, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 16, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge